UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARLOS RUIZ, | ) | 3:18-cv-00206-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 24, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Service of Summons on Rabi Yisroel Roskamm" (ECF No. 27).

On August 17, 2020, the Office of the Attorney General filed a Notice of Acceptance of Service indicating that service was not accepted on behalf of Defendant Yisroel Rosskamm and filed the Defendant's last known address under seal. (ECF Nos. 16, 17.)

On August 18, 2020, the court issued its order instructing the following:

> The Clerk shall issue a summons for **Yisroel Rosskamm** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 17). The Clerk shall also send one (1) copy of the First Amended Complaint (ECF No. 6), one (1) copy of the court's screening order (ECF No. 9), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, September 18, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

(ECF No. 19; underlining added.)

MINUTES OF THE COURT
3:18-cv-00206-RCJ-WGC
November 24, 2020
Page 2
_____/

      On October 9, 2020, the U.S. Marshal Service returned the summons as unexecuted for Defendant Yisroel Rosskamm with the notation "No USM 285 received." (ECF No. 24.) It appears from this notation that Plaintiff failed to follow the instructions in the court's order of August 18, 2020 (ECF No. 19), however, the court will allow Plaintiff additional time to effect service on Defendant Yisroel Rosskamm.

      **IT IS HEREBY ORDERED** the Clerk shall issue a summons for Yisroel Rosskamm and send the same to the U.S. Marshal with the address provided under seal (ECF No. 17). The Clerk shall also send one (1) copy of the First Amended Complaint (ECF No. 6), one (1) copy of the court's screening order (ECF No. 9), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, December 18, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

      **IT IS FURTHER ORDERED** that if Plaintiff fails to follow this order, Defendant Yisroel Rosskamm may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

                                      DEBRA K. KEMPI, CLERK

                                By: _____/s/_____
                                          Deputy Clerk