## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARLOS RUIZ, | ) | 3:18-cv-00206-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 22, 2020 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time to File Reply to Preliminary Injunction" (ECF No. 36).

Good cause appearing, Plaintiff's "Motion for Extension of Time to File Reply to Preliminary Injunction" (ECF No. 36) is **GRANTED**. Plaintiff shall have to and including **January 22, 2021**, in which to file his reply to the motion for preliminary injunction (ECF No. 30).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/_____
       Deputy Clerk