UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

CARLOS RUIZ,

              Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

              Defendants.

Case No.: 3:18-CV-00206-RCJ-CSD

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 82)

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 82[1]) entered on February 24, 2022, recommending that the Court deny Plaintiff's motion for Summary Judgment ECF No. 69 and Defendants' motion for summary judgment (ECF No. 72).

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 82) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for Summary Judgment (ECF No. 69) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 72) is **DENIED**.

LR 26-1(b)(5) requires the parties to file the joint pretrial order 30 days after decision on the dispositive motions or further court order.  Accordingly,

**IT IS FURTHER ORDERED** that the parties shall file the joint pretrial order within 30 days of entry of this Order.

**IT IS FURTHER ORDERED** that this matter is referred to U.S. Magistrate Craig S. Denney for the purpose of conducting a settlement conference.  The parties shall contact Courtroom Administrator Karen Walker,  Karen_Walker@nvd.uscourts.gov  for available settlement conference dates on or before **April 18, 2022**.

**IT IS SO ORDERED**.

Dated March 17, 2022.

_____
ROBERT C. JONES
United States District Judge