# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ, | Case Nos.: 3:17-cv-00643-RCJ-CSD |
| Plaintiff, | 3:18-cv-00206-RCJ-CSD |
| vs. | **ORDER FOR VIDEO APEARANCE AT CALENDAR CALL AND ORDER TO TRANSPORT PLAINTIFF FOR JURY TRIAL** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

The Court set a video Calendar Call for Monday, April 3, 2023, at 10:00 a.m. and an in-person jury trial for Monday, April 24, 2023, at 8:30 a.m. before Judge Robert C. Jones.

**IT IS ORDERED** that the Attorney General's Office will make the necessary arrangements for the Plaintiff to appear by video conference for the Calendar Call and must provide Ashlyn Bye at Ashlyn_Bye@nvd.uscourts.gov with the video conference reservation number and the dial-in information where Plaintiff can be reached at least two days prior to the Calendar Call. If the video conferencing equipment is not available at the correctional institution, the Court may order Plaintiff to appear by another means.

**IT IS FURTHER ORDERED** that the Nevada Department of Corrections shall transport inmate Carlos Ruiz #94960 to the Bruce R. Thompson Federal Courthouse, 400 South

Virginia Steet, Reno, Nevada to personally attend the Jury Trial set for Monday, April 24, 2023, in Reno Courtroom 3 before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshal's Office in Reno, Nevada.

**IT IS SO ORDERED**.

DATED this 14th day of March 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE