7388612.1.133

Carlos Ruiz #94960
SDCC
PO Box 208
Indian Springs, NV 89070
Plaintiff *pro-per*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARLOS RUIZ,

Plaintiff,

v.

NDOC, *ET AL.*,

Defendants.

Case No.: 3:18-cv-00206-RCJ-CSD

**PLAINTIFF'S PROPOSED VOIR DIRE**

Comes Now Plaintiff, Carlos Ruiz, *pro-per*, and hereby submits Plaintiff's Proposed *Voir Dire* for the jury.

These proposed *Voir Dire* questions are made and based pursuant to Fed.R.Civ.P, R. 47(a), for the purpose that the Court ask the jury questions that Plaintiff believes may help to expose any animus a juror may have towards a convicted felon and may try to hide it from the Plaintiff and the Court.

///

///

///

7388612.1.134

Question #1:

Have you ever been a victim of a crime?

Question #2:

Was the perpetrator of the crime charged by the police?

Question #3:

Did you testify at a trial against the person who committed the crime against you?

Question #4:

Have you ever been a witness to a crime being committed?

Question #5:

Were you called as a witness at the trial for that crime?

Question #6:

Do you believe that a person who has been convicted of a crime and sentenced to prison should lose all of his constitutional right protections while incarcerated?

7388612.1.135

Question #7:

If the law informs you that an incarcerated person retains certain constitutional rights while incarcerated, will you follow the law to make a determination on whether or not the person's constitutional rights were violated?

Question #8:

Is it your belief that a person who is convicted of a crime and incarcerated cannot be trusted to tell the truth of a matter?

Question #9:

Do you believe that Nevada Department of Corrections officials should be believed because of their job positions over an inmate's testimony?

Question #10:

Is it your belief that persons sentenced to prison for committing a felony are sentenced there as a punishment or for punishment?

Question #11:

Is it your belief that inmates are afforded too many accommodations while they are incarcerated in prison?

7388612.1.136

Question #12:

Do you think that prison officials would never break the law in regards to how they follow the laws governing the treatment of prisoners under their care?

Question #13:

Do you think it does not matter how prison inmates are treated by prison guards and officials because they would not be treated that way had they not committed a crime and been sentenced to prison?

Question #14:

Do you have a religious belief that you live by or are you an atheist?

Question #15:

If you do have a religious belief, can you be fair and impartial to a belief different from your own?

Question #16:

If you are an atheist, can you be fair and impartial to a person who has a religious belief and is seeking vindication of constitutional rights based upon perceived violations of his statutory and constitutional rights?

7388612.1.137

Question #17:

Are you a practitioner of non-practitioner of your religious belief?

Question #18:

If you are an atheist, do you think that all religions are false?

Question #19:

Do you think you can make a proper judgment as to the sincerity of a person's belief meaning can you determine whether or not a belief is sincerely held by that person or is it an invented belief that is not based on a sincere belief?

Question #20:

Can a person have a sincerely held belief based upon scripture that is not endorsed by any group or doctrine that you are aware of?

DATED: 10- March - 2023.

Respectfully Submitted,

[signature]

Carlos Ruiz, Plaintiff *pro-per*.