AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants,*
*Kim Adamson, Kathrine Hegge,*
*Maribelle Henry, Colette Stammerjohn,*
*Harold Wickham, Renee Baker and Tara Carpenter*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS RUIZ,

Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 3:17-cv-00643-RCJ-CSD
Case No.: 3:18-cv-00206-RCJ-CSD

**PROPOSED VOIR DIRE QUESTIONS**

Defendants, Kim Adamson, Kathrine Hegge, Maribelle Henry, Colette Stammerjohn, Harold Wickham, Renee Baker, and Tara Carpenter,by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, hereby submit the following proposed Voir Dire Questions, to be read to prospective jurors at the time of jury selection.

DATED this 12th day of April, 2023.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
DOUGLAS R. RANDS
Senior Deputy Attorney General
State of Nevada

*Attorneys for Defendants*

**PROPOSED VOIR DIRE QUESTIONS**

1. What is your name?

2. What is your occupation?

3. Where do you work?

4. How long have you worked there?

5. Where were you born?

6. How long have you lived in Nevada?

7. Did you graduate from high school?

8. Did you graduate from college?

9. Do you have any post-college education?

10. Are you married?

11. Is English your first language?

12. These proceedings will be in English and all of the evidence will be presented in English. Do you have any difficulty reading or understanding English?

13. Other than what has been discussed here, do you know anything about this case?

14. Do you have any particular feelings about the subject matter of this case?

15. Do you know anyone in the courtroom, including anyone in the jury panel?

16. Have you, a family member, or a close friend ever been arrested?

17. Have you, a family member, or a close friend ever been incarcerated?

18. Have you, a family member, or a close friend ever worked as a correctional officer?

19. Have you, a family member, or a close friend ever worked at a jail or prison?

20. Have you, a family member, or a close friend ever worked as a police officer or security guard?

21. Have you, a family member, or a close friend ever worked in any position that you consider to be in the field of law enforcement?

22. Have you ever been to a jail or prison as a visitor?

23. Have you, a family member, or a close friend ever worked for the Nevada Department of Corrections?

///

24. Have you, a family member, or a close friend ever worked for the State of Nevada? If so, in what capacity?

25. Have you, a family member, or a close friend ever filed a lawsuit against a police officer or correctional officer?

26. Have you, a family member, or a close friend ever been involved in a physical or violent altercation or incident with a police officer, correctional officer, or security guard?

27. Have you, a family member, or a close friend ever worked in the medical field? If so, in what capacity?

28. Have you ever filed a work-related grievance or complaint against a co-worker or boss?

29. Have you ever filed a grievance or complaint against a business or governmental agency?

30. Have you ever written to an employer, business, or governmental entity for the purpose of complaining about the way you or someone you know was treated?

31. In general, do you trust the government?

32. In general, do you trust government employees?

33. In general, do you trust law enforcement officers, including police officers or correctional officers?

34. In general, do you believe government employees lie to protect themselves or their co-workers?

35. Have you ever served on a jury before?

    a. Was it a civil or criminal case?

    b. Was it a state or federal case?

    c. Did the jury reach a verdict?

    d. If it was a civil case, what type of case was it?

    e. Did the jury award money damages?

    f. Did the jury award punitive damages?

    g. Did you serve as the foreperson?

36. Have you ever been excused from a jury?

    a. Was it a civil or criminal case?

    b. Do you know why you were excused? If so, why were you excused?

    c. How did it make you feel to be excused?

d. Do you think it was fair that you were excused?

37. Are you, a family member, or a close friend employed in the legal field? If so, in what capacity?

38. Do you have any legal training or education?

39. In general, do you have any opinion of government employees?

40. Have you, a family member, or a close friend ever filed a lawsuit against the State of Nevada?

41. Have you, a family member, or a close friend ever filed any type of lawsuit?

42. Do you understand that a person can file a lawsuit against anyone for any reason or for no reason at all?

43. Do you understand that the person filing the lawsuit must prove his or her case and that the persons being sued, the defendants, do not have to prove anything at all?

44. Do you feel that the defendants probably did something wrong simply because the plaintiff is suing them?

45. Do you have any bias against the government?

46. In this trial, the plaintiff will present his case first and then the defendants will present their case. Will you wait to decide this case until you have heard all the evidence and legal instructions from the judge?

47. Do you have any particular hardship that would prevent you from appearing each day of trial, listening to all of the testimony, examining all of the evidence, and then rendering a fair and impartial decision at the conclusion of this matter?

48. Do you have any particular opinions regarding the prison system, prison conditions, or the treatment of inmates?

49. Do you have any knowledge regarding prison operations?

50. Do you know anything about the Lovelock Correctional Center?

51. Do you know anyone who has worked at the Lovelock Correctional Center?

52. Do you know anyone who has been incarcerated at the Lovelock Correctional Center?

53. Do you know anyone who has been incarcerated in the State of Nevada?

54. Do you have any reluctance about serving as a juror? If so, please explain your reluctance.

55. Have you, or any member of your family been employed by an attorney?

56. Have you or any member of your family ever been enlisted in any branch of the armed forces of the United States of America?

57. Is anyone on the prospective panel familiar with any of the witnesses in the case?

58. If you hear any instruction which you believe should not be the law, will you still follow it and disregard your own opinion as to what you believe the law should be?

59. Is there any reason which we have not covered in *voir dire* which would affect your ability to be fair and impartial to both sides?

60. In general, do you have a philosophical or other beliefs that would prevent you from sitting and passing judgment in this case?

61. Have you, or any member of your family or close personal friend had an issue with law enforcement?

62. Have you, or any member of your family or close personal friend been injured in an altercation

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of April, 2023, I caused to be served, a true and correct copy of the foregoing, **PROPOSED VOIR DIRE QUESTIONS**, by U.S. District Court CM/ECF Electronic Filing on the following:

Carlos Ruiz #94960
Southern Desert Correctional Center
P. O. Box 208
Indian Springs, Nevada 89070

*/s/ Roberta W. Bibee*
An employee of the
Office of the Nevada Attorney General